UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLA BARKER,<br><br>    Plaintiff,<br><br>    -against-<br><br>IZIA ROKOSZ, JANELLE DEFREITAS,<br>STEVEN G. LEGUM, GREGG TELSEY,<br>ROYCE LLC, LOCKDECO A/K/A LODECO,<br><br>    Defendants. | **19 Civ. 00514 (KAM) (JRC)**<br><br>**REQUEST FOR<br>CERTIFICATE OF<br>DEFAULT** |

TO:    Douglas C. Palmer
        United States District Court
        Eastern District of New York

Please enter the default of Defendant Janelle Defreitas pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Belinda Luu, Esq.

Dated:  March 18, 2022
         New York, New York

                                                    By:  */s/ Belinda Luu*

                                                  Belinda Luu
                                                  MOBILIZATION FOR JUSTICE, INC.
                                                  100 William Street, 6th Floor
                                                  New York, NY 10038
                                                  Tel: (212) 417-3866
                                                  Email: bluu@mfjlegal.org

                                                  *Co-Counsel for Plaintiff Carla Barker*