UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLA BARKER,<br><br>    Plaintiff,<br><br>-against-<br><br>IZIA ROKOSZ, JANELLE DEFREITAS, STEVEN G. LEGUM, GREGG TELSEY, ROYCE LLC, LOCKDECO A/K/A LODECO,<br><br>    Defendants. | 19 Civ. 00514 (KAM) (JRC)<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS GREGG TELSEY AND ROYCE LLC</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and subject to this Court's Order dated March 19, 2022, retaining jurisdiction over certain provisions of the parties' settlement agreement until the conclusion of this action, Plaintiff Carla Barker, through counsel, hereby dismisses this action in its entirety only and solely as to Defendants Gregg Telsey and Royce LLC, who have filed answers but have not filed motions for summary judgment. The parties shall bear their own costs and fees.

Dated: April 12, 2022
      New York, New York

                                      **MOBILIZATION FOR JUSTICE, INC.**

                                      By:   */s/ Belinda Luu*
                                             Belinda Luu
                                             Joseph Rebella
                                             Mike Litrownik
                                             100 William Street, 6th Floor
                                             New York, NY 10038
                                             Tel: (212) 417-3866

So Ordered:

*Kiyo A. Matsumoto, USDJ*
4.14.2022

**RICHMAN LAW & POLICY**

By:   */s/ Kim E. Richman*
       Kim E. Richman
       1 Bridge St.
       Irvington, NY 10533
       Tel: (718) 705-4579

*Counsel for Plaintiff*