VIA ECF

D#

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 28 2022 ★

BROOKLYN OFFICE

April 20, 2022

The Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: Barker v. Rokosz et al., Case No. 1:19-cv-00514-KAM-JRC**

Dear Justice Matsumoto:

I am the pro se defendant Janelle Defreitas.

I thought the case had been dismissed against me as stated within the case.

I did not realize the case had been brought again in an amended complaint.

I filed an answer to the amended complaint as soon as I realized that the complaint had been amended.

The answer sets forth numerous meritorious defenses.

The plaintiff has not been prejudiced.

The answer should not be stricken.

I consent to either a pre-motion conference and/or a briefing schedule.

Thank you for your courtesy herein.

If you have any questions or comments, please do not hesitate to contact the undersigned.

Very truly yours,

Janelle Defreitas

YUBERKI BAEZ
Notary Public, State of New York
Reg. No. 01BA6414137
Qualified in Nassau County
Commission Expires 02/16/2025

04/20/2022

# United States Bankruptcy Court
# Eastern District of New York

Drop box filer form (to be filled out and added to envelope):

Filer's Full Name: Janelle Defreitas

Address: 835 Goodrich Street Uniondale NY 11553

Phone Number: 917 714 5838

Email Address: littleangelhands@yahoo.com

If required, Related Case Number: 1:19-cv-00514-KAM-JRC

Debtor(s) names: _____



2022 APR 21 P 2:13
RECEIVED/DB
U.S. BANKRUPTCY CLERK
EASTERN DISTRICT COURT
NEW YORK