UNITED STATES DISTRICT COURT
of the
Eastern District of New York

CARLA BARKER,

          Plaintiff,

-against-

IZIA ROKOSZ, JANELLE DEFREITAS, STEVEN G. LEGUM, LOCKDECO A/K/A LODECO, "JOHN DOE #1" through "JOHN DOE #100," said names being fictitious and unknown, the parties intended being persons or corporations, if any, having participated in the enterprise described in the complaint,

          Defendants.

**NOTICE OF APPEARANCE**
Case No: 19 Civ. 00514 (KAM) (JRC)

**PLEASE TAKE NOTICE** that the Defendant (s), **Janelle Defreitas,** named hereby appear in this action and demand that you serve a copy of the Complaint and all notices and other papers in this action upon the Defendant (s) at the address (es) stated below.

Dated: June 16, 2022
New York, New York

Yours,

_[signature]_

Andrew G. Maloney, Esq.
Attorney for Janell Defreitas, Defendant
Bar No.: AM5871
The Maloney Law Group PLLC
One Rockefeller Plaza 11th Floor
New York, NY 1002o New York,
(646)998-3940 Office
(917)591-0885 Facsimile
amaloney@mlgnyc.com

UNITED STATES DISTRICT COURT
of the
Eastern District of New York

CARLA BARKER,

    Plaintiff,

-against-

ZIA ROKOSZ, JANELLE DEFREITAS, STEVEN G. LEGUM, LOCKDECO A/K/A LODECO, "JOHN DOE #1" through "JOHN DOE #100," said names being fictitious and unknown, the parties intended being persons or corporations, if any, having participated in the enterprise described in the complaint

    Defendants.

**NOTICE OF APPEARANCE**

Case No: 00514 (KAM) (JRC)

## NOTICE OF APPEARANCE

Dated: June 16, 2022
New York, New York

*[signature]*

Andrew G. Maloney, Esq.
Attorney for the Defendant
Janelle Defreitas
Bar No.: AM5871
The Maloney Law Group PLLC
One Rockefeller Plaza 11th Floor
New York, New York 10020
(646)998-3940 Office
(917)591-0885 Facsimile