

100 William Street, 6th Floor
New York, NY 10038
Tel 212-417-3700
Fax 212-417-3890
www.mobilizationforjustice.org

**VIA ECF**

June 27, 2022

The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Barker v. Rokosz, et al.*, 19 Civ. 00514 (KAM) (JRC)

Dear Judge Cho:

  My office, along with Richman Law & Policy, represents Plaintiff Carla Barker in the above-referenced action. We write jointly with Defendant Steven G. Legum to submit a joint status report per the Court's June 8, 2022 Minute Entry.

  The Parties are exchanging final edits to their draft settlement agreement and expect to finalize and execute the agreement within 30 days.

Respectfully Submitted,

*/s/ Belinda Luu*
 Belinda Luu

*/s/ Steven G. Legum*
 Steven G. Legum

cc: All Counsel of Record (by ECF)

1