# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Carla Barker | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-00514-KAM-JRC |
| Izia Rokosz, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Carla Barker.

Date: 08/22/2022

/s/ Randal K. Wilhite
*Attorney's signature*

Randal K. Wilhite, 5623707
*Printed name and bar number*

Mobilization for Justice, Inc.
100 William Street, 6th Floor
New York, NY 10038
*Address*

rwilhite@mfjlegal.org
*E-mail address*

(212) 417-4029
*Telephone number*

(212) 417-3891
*FAX number*